IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case Number:      20-sw-00237-GPG

IN THE MATTER OF THE SEARCH OF
227 Red Mesa Heights Road
Grand Junction, Colorado                              *Filed Under Restriction*

## GOVERNMENT'S MOTION TO RESTRICT

Comes now the United States of America by and through the undersigned Assistant United States Attorney, and respectfully moves the Court for an Order restricting the Search Warrant, Application, and Affidavit for Search Warrant in the above-named matter, as well as this Motion and the Court's Order restricting these documents at Level 3, and as grounds therefore submits the following:

1.      Said Search Warrant, Application and Affidavit for Search Warrant, and this Motion have been filed as a part of a continuing investigation.

2.      The release of the information in the application and affidavit in this matter may substantially jeopardize the ongoing investigation based on concerns of destruction of evidence, flight from prosecution, and other obstructive conduct.

WHEREFORE, it is respectfully requested that the Search Warrant, Application, and Affidavit for Search Warrant and Order in this matter, as well as this Motion, be restricted

against everyone except attorneys and employees of the Office of the U.S. Attorney, District of Colorado, and members of law enforcement, until further order of the Court.

Respectfully submitted this 21st day of February, 2020.

        JASON R. DUNN
        United States Attorney

        Jeremy Chaffin
        Assistant United States Attorney

        BY:  *s/ Jeremy Chaffin*
        Jeremy Chaffin
        Assistant United States Attorney
        U.S. Attorney's Office
        205 N. 4th Street, Suite 400
        Grand Junction, Colorado 81501
        Telephone: (970) 241-3843
        Email:  Jeremy.chaffin@usdoj.gov
        Attorney for the Government