IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case Number:    20-sw-00237-GPG

IN THE MATTER OF THE SEARCH OF
227 Red Mesa Heights Road
Grand Junction, CO                                    *Filed Under Restriction*

_____

**ORDER TO RESTRICT**

_____

Upon motion by the United States, and for good cause shown, it is hereby ORDERED THAT:

The Search Warrant, Application, and Affidavit in the above-captioned matter, as well as the Government's Motion to Restrict and this Order, are restricted at a Level 3 restriction until further Order of the Court.

DATED this _____21_____ day of February, 2020.

_____
GORDON P. GALLAGHER-MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO