AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: 20-sw-00237-GPG | Date and time warrant executed: 02/26/2020 @ 0836 | Copy of warrant and inventory left with: Inside 227 Red Mesa Heights |
|---|---|---|
| Inventory made in the presence of: TFO Michael Watson ||||

Inventory of the property taken and name of any person(s) seized:

See Attached Form DEA-12.

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*10:34 am, Mar 06, 2020*
**JEFFREY P. COLWELL, CLERK**

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 03/05/2020

_____
Executing officer's signature

Blake McClellan TFO
Printed name and title

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

**TO:** (Name, Title, Address (including ZIP CODE), if applicable)

227 RED MESA HEIGHTS
GRAND JUNCTION COLORADO

**FILE NO.** 
**FILE TITLE**
**G-DEP IDENTIFIER**

**DIVISION/DISTRICT OFFICE**

**DATE** 02/26/2020

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 354 | MARIJUANA PLANTS | |
| 33 | BALLASTS | |
| 34 | GROW LIGHTS | |

**RECEIVED BY (Signature)**

**WITNESSED BY (Signature)**

**NAME AND TITLE (Print or Type)** TFO MICHAEL WATSON

**NAME AND TITLE (Print or Type)** SA

FORM DEA-12 (8-02) Previous editions obsolete    Electronic Form Version Designed in JetForm 5.2 Version