IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br>227 Red Mesa Heights Road<br>Grand Junction, CO | Case No. 20-sw-00237-GPG |

### ORDER TO UN-RESTRICT CASE

The United States has sought an order to un-restrict the above-captioned case and the documents in it. The Court finds that there is good cause to grant the relief sought.

IT IS THEREFORE ORDERED, that this case and its documents shall be un-restricted.

DATED this _____ day of July, 2021.

_____
GORDON P. GALLAGHER
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO