IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

IN THE MATTER OF THE SEARCH OF
227 Red Mesa Heights Road
Grand Junction, CO

Case No. 20-sw-00237-GPG

## ORDER TO UN-RESTRICT CASE

The United States has sought an order to un-restrict the above-captioned case and the documents in it. The Court finds that there is good cause to grant the relief sought.

IT IS THEREFORE ORDERED, that this case and its documents shall be un-restricted.

DATED this 27 day of July, 2021.

GORDON P. GALLAGHER
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO